**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| OPENTV, INC. and NAGRA FRANCE S.A.S., | Civil Action No. 6:15-cv-951 [JRG/KNM] |
| Plaintiffs, | Judge Rodney Gilstrap |
| v. | JURY TRIAL DEMANDED |
| VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP, LLC, VERIZON CORPORATE SERVICES GROUP INC., VERIZON DATA SERVICES LLC, VERIZON MEDIA, LLC, VERIZON AND REDBOX DIGITAL ENTERTAINMENT SERVICES, LLC, and AOL INC., | |
| Defendants. | |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE AS TO DEFENDANT
<u>VERIZON COMMUNICATIONS INC.</u>**

Plaintiffs OpenTV, Inc. ("OpenTV") and Nagra France S.A.S. ("Nagra") (collectively, "Plaintiffs") and Defendant Verizon Communications Inc. ("VCI") submit the following Joint Motion to Dismiss Without Prejudice as to Defendant VCI and in support thereof state:

1. On or about October 30, 2015, Plaintiffs filed suit against VCI and others for infringement of U.S. Patent No. 7,055,169; U.S. Patent No. 7,243,139, U.S. Reissue Patent No. RE40,334; U.S. Patent No. 7,900,229; U.S. Patent No. 6,678,463; U.S. Patent No. 6,233,736; and U.S. Patent No. 6,018,768 (collectively, the "Patents-in-Suit").

2. VCI represents and warrants that:

    a. VCI is a holding company. Furthermore, VCI does not instruct, direct, or control the activities of its subsidiaries (or any other entity) relevant to the operation or design or functionality or features of any products and services at issue in this case.

    b. VCI agrees that for purposes of discovery in this case, documents and information in the possession, custody or control of VCI are deemed also to be in the possession, custody and control of the other Verizon entities that are party Defendants in this matter.

    c. The other Verizon entities that are party Defendants in this matter are able to satisfy any judgment entered in this case.

3. In reliance upon the representations and warranties made in paragraphs 2(a)-2(c) above, Plaintiffs agree to dismiss VCI without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

4. VCI agrees that if Plaintiffs form a reasonable belief through later discovery that VCI is making, offering for sale, or selling in the United States, or importing into the United States, any of the products accused of infringement in the Complaint for Patent Infringement or any products that are substantially similar, VCI will not make any objections on the basis of timeliness to a motion to add VCI as a defendant in this action.

Dated: January 8, 2016

*/s/ Jack Wesley Hill, w/permission by*
*Michael E. Jones*
Andrea L Gothing
agothing@RobinsKaplan.com
David Allen Prange
daprange@rkmc.com
Li Zhu
lzhu@robinskaplan.com
Martin R Lueck
mrlueck@rkmc.com
Stacie E Oberts
soberts@robinskaplan.com
Robins Kaplan Miller & Ciresi - Minneapolis
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2015
650-784-4040
Fax: 650-784-4041

Jack Wesley Hill
wh@wsfirm.com
Ward, Smith & Hill, PLLC
PO Box 1231
1127 Judson Road, Suite 220
Longview, TX 75606
903-757-6400
Fax: 903-757-2323

*Counsel for Plaintiffs OpenTV, Inc. and Nagra France S.A.S.*

*/s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
Potter Minton P.C.
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
mikejones@potterminton.com

*Attorney for Defendant Verizon Communications Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this 8th day of January, 2016.

*/s/ Michael E. Jones*
Michael E. Jones