## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| OPENTV, INC. and NAGRA FRANCE S.A.S., | Civil Action No. 6:15-cv-951 [JRG/KNM] |
| Plaintiffs, | Judge Rodney Gilstrap |
| v. | JURY TRIAL DEMANDED |
| VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP, LLC, VERIZON CORPORATE SERVICES GROUP INC., VERIZON DATA SERVICES LLC, VERIZON MEDIA, LLC, VERIZON AND REDBOX DIGITAL ENTERTAINMENT SERVICES, LLC, and AOL INC., | |
| Defendants. | |

### JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

COME NOW, Plaintiffs OpenTV, Inc. and Nagra France S.A.S. ("Plaintiffs") and Defendants Verizon Services Corp., Verizon Corporate Resources Group, LLC, Verizon Corporate Services Group Inc., Verizon Data Services LLC, Verizon Media, LLC, Verizon and Redbox Digital Entertainment Services, LLC and AOL Inc. ("Defendants"), and file this Joint Motion to Stay All Deadlines and Notice of Settlement.  Plaintiffs and Defendants hereby notify the Court that all causes of action asserted in this case between Plaintiffs and Defendants have been resolved, in principle.  Plaintiffs and Defendants request that the Court stay all unreached case deadlines applicable between Plaintiffs and Defendants for thirty (30) days to allow for payment to be made and the appropriate dismissal papers to be submitted to dismiss all claims in this action.

{A07/08579/0006/W1381185.1 }

Dated: February 18, 2016

/s/ Jack Wesley Hill, w/permission by
Michael E. Jones
Andrea L. Gothing – LEAD ATTORNEY
(MN Bar No. 319867, CA Bar No. 302633)
(Eastern District of Texas Member)
Seth A. Northrop (CA Bar No. 301229)
Li Zhu (CA Bar No. 302210)
**ROBINS KAPLAN LLP**
2400 W. El Camino Real, Suite 100
Mountain View, CA 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041
AGothing@RobinsKaplan.com
SNorthrop@RobinsKaplan.com
LZhu@RobinsKaplan.com

Martin R. Lueck (MN Bar No. 155548)
Stacie E. Oberts (MN Bar No. 278361)
David A. Prange (MN Bar No. 329976)
(Eastern District of Texas Member)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
MLueck@RobinsKaplan.com
SOberts@RobinsKaplan.com
DPrange@RobinsKaplan.com

Wesley Hill
TX Bar No. 24032294
**WARD, SMITH & HILL, PLLC**
1127 Judson Rd., Suite 220
Longview, Texas 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
wh@wsfirm.com

*Counsel for Plaintiffs OpenTV, Inc. and Nagra
France S.A.S.*

/s/ Michael E. Jones
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Patrick C. Clutter, IV
State Bar No. 24036374
Patrickclutter@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

Alan Whitehurst
alanwhitehurst@quinnemanuel.com
Marissa Ducca
marissaducca@quinnemanuel.com
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
777 6th Street NW, 11th Floor
Washington DC 20009
Tel:  (202) 538-8000
Fax: (202) 538-8100

*Attorneys for Defendants Verizon Services
Corp., Verizon Corporate Resources Group
LLC, Verizon Corporate Services Group Inc.,
Verizon Data Services LLC, Verizon Media
LLC, Verizon and Redbox Digital
Entertainment Services, LLC, and AOL Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 18, 2016.


*/s/ Michael E. Jones*